## WINTERS *v.* EDWARD THOMPSON COMPANY.

[No. 11,494. Filed January 5, 1923. Rehearing denied March 30, 1923. Transfer denied May 29, 1923.]

From Marion Superior Court; *Solon J. Carter,* Judge.

Action between James M. Winters and Edward Thompson Company. From the judgment rendered, the former appeals. *Affirmed.*

*James M. Winters* and *Charles A. Reagan,* for appellant.
*L. Roy Zapf,* for appellee.

PER CURIAM.—Judgment affirmed.

---

## POTE *v.* POTE.

[No. 11,640. Filed June 7, 1923.]

From Vanderburgh Probate Court; *Elmer Q. Lockyear,* Judge.

Action between Thomas B. Pote and Henry Pote. From the judgment rendered, the former appeals. *Affirmed.*

*James H. Blackburn,* for appellant.
*Edmund L. Craig,* for appellee.

PER CURIAM.—Judgment affirmed on authority of *Holland* v. *Hummell* (1909), 43 Ind. App. 358, point 1, page 360, 87 N. E. 662; *McKinzie* v. *Fisher Gibson Co.* (1915), 59 Ind. App. 14, point 2, page 15, 108 N. E. 867; *Palmer* v. *Beall* (1915), 60 Ind. App. 208, 110 N. E. 218.

---

## AMERICAN TRUST COMPANY, GUARDIAN, *v.* CARTER ET AL.

[No. 11,634. Filed June 20, 1923.]

From Howard Circuit Court; *William C. Overton,* Judge.

Action between the American Trust Company, as guardian of Ernest C. Wood, and Bert Carter and another. From the judgment rendered, the former appeals. *Affirmed.*

*Donald P. Strode* and *Gifford & Gifford,* for appellant.
*Hay, Ballenger & Miller,* for appellees.

PER CURIAM.—Judgment affirmed.